# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

### MISC.
3:09mc189

IN RE:   OFFICIAL COURT CLOSING

THIS MATTER is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina

and all related court agencies will be closed on Thursday, November 26, 2009, and on

Friday, November 27, 2009, for the Thanksgiving holiday.

IT IS SO ORDERED THIS 28th DAY OF OCTOBER, 2009.


Robert J. Conrad, Jr., Chief
U.S. District Judge