UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:09mc189

FILED
CHARLOTTE, NC

NOV 1 9 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE: OFFICIAL COURT CLOSING

## ORDER

**THIS MATTER** is before the Court upon its own motion.

The Administrative Office of the United States Courts will be closed on Thursday, December 24, 2009, thereby extending the holiday weekend. The United States District Court for the Western District of North Carolina will therefore also be closed on December 24, 2009. The court will be open as ususal on Thursday, December 31, 2009.

The United States District Court for the Western District of North Carolina will also be closed on Friday, November 27, 2009.

**IT IS, THEREFORE, ORDERED** this 19th day of November, 2009.

Robert J. Conrad, Jr., Chief
U.S. District Court Judge